IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–03450–RM–KMT

SANGHO LEE,

     Plaintiff,

v.

AVAGO TECHNOLOGIES U.S., INC., aka AVAGO TECHNOLOGIES, LTD., a Singapore
corporation conducting business in Colorado,

     Defendant.

---

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Unopposed Motion to Amend Complaint" (Doc. No. 16, filed May 9, 2014) is
GRANTED pursuant to Fed. R. Civ. P. 15(a)(2).  The Clerk of Court is directed to file Plaintiff's
Amended Complaint and Jury Demand (Doc. No. 16-2).

Dated: May 16, 2014