IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-03450-RM-KMT | Date: | October 14, 2014 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                                 *Counsel:*

SANGHO LEE,                                                         Karen Larson

   Plaintiff,

v.

AVAGO TECHNOLOGIES U.S., INC., aka AVAGO          Andrew Ringel
TECHNOLOGIES, LTD., a Singapore corporation
conducting business in Colorado,

   Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**1:33 p.m.      Court in session.**

Court calls case. Appearances of counsel.

Discussion and argument regarding disparate treatment, disparate impact, scope of the timeline on discovery requests. The Court limits the time frame for discovery of matters pertaining to disparate impact to January 1, 2009 through December 2012.

Further discussion regarding demographic grouping, performance rankings, and personnel files.

**ORDERED:** **Plaintiff's Motion to Compel Discovery [29] is GRANTED IN PART AND DENIED IN PART. Based on the discussions held in court today, Defendant shall supplement its discovery responses on or before November 14, 2014.**

**ORDERED:** **Unopposed Motion to Extend Deadlines for Disclosure of Plaintiff's Statistics Expert [39] is GRANTED as follows:**
- **Plaintiff's supplementation to the affirmative expert report:  December 23, 2014.**

- **Defendant's supplementation to the rebuttal expert report:   January 23, 2015.**
- **Discovery cut off:  February 23, 2015.**
- **Dispositive Motions deadline:  March 23, 2015.**
- **The Telephonic Final Pretrial Conference is VACATED and RESET to May 28, 2015 at 9:45 a.m.  The parties shall initiate a conference call and contact chambers at 303-335-2780 at the time of the Final Pretrial Conference.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than seven days before the Final Pretrial Conference.**

**2:45 p.m.     Court in recess.**

Hearing concluded.
Total in-court time    01:12

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.