**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 13-cv-03450-RM-KMT

SANGHO LEE,

      Plaintiff,

v.

AVAGO TECHNOLOGIES U.S., INC. aka AVAGO TECHNOLOGIES, LTD., a Singapore corporation conducting business in Colorado,

      Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

      The parties have filed a Joint Stipulated Motion for Dismissal with Prejudice (ECF No. 87). After careful review of the stipulation and the file, the Court has concluded that the stipulated motion should be granted and that Plaintiff's claims against the Defendant should be dismissed with prejudice.

      THEREFORE IT IS ORDERED as follows:

    1.     The Joint Stipulated Motion to Dismiss with Prejudice (ECF No. 87) is GRANTED;

    2.     All of Plaintiff's claims against the Defendant are DISMISSED WITH PREJUDICE with each party to pay his or its own attorney's fees and costs; and

    3.     The Clerk of the Court is directed to close this case.

      DATED this 2nd day of November, 2015.

                BY THE COURT:

                _____

                RAYMOND P. MOORE
                United States District Judge